FILED
AUG 8 - 1991
THOMAS C. CAVER, CLERK
BY _____ DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 91-195-N |
| | ) | [21 USC 846; |
| JACK RENARD WOODS, | ) | 21 USC 841(a)(1); |
| JIMMY LEE STOVALL, | ) | 21 USC 860; |
| KEVIN LAMONTT WHITFIELD, | ) | 21 USC 861] |
| VALERIA DENISE WOODS, | ) | |
| JAMES STOVALL, | ) | |
| HERBERT MCPHERSON, | ) | |
| JOHN BOYD, | ) | |
| WILLIE HALL, AND | ) | |
| EDDIE JOHNSON | ) | |
| | ) | AMENDED INDICTMENT |
| | ) | |

The Grand Jury Charges:

## COUNT I

Beginning on or about the 1st day of January, 1990, and continuing to on or about August 6, 1991, the exact dates being to the grand jury unknown, at Montgomery, Alabama, in the Middle District of Alabama and elsewhere, the defendants,

JACK RENARD WOODS,
JIMMY LEE STOVALL,
KEVIN LAMONTT WHITFIELD,
VALERIA DENISE WOODS,
JAMES STOVALL,
HERBERT MCPHERSON,
JOHN BOYD,
WILLIE HALL, AND
EDDIE JOHNSON,

did knowingly and intentionally combine, conspire, confederate and agree together, with each other and with divers other persons to the grand jury known and unknown to commit the following offenses against the United States: To knowingly and intentionally possess with intent to distribute, and to distribute cocaine base, a Schedule II Controlled Substance, the exact quantities being to the grand jury unknown, in violation of



Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about the 14th day of February, 1991, and the 15th day of February, 1991, at Montgomery, Alabama, in the Middle District of Alabama, the defendants,

> JACK RENARD WOODS,
> JIMMY LEE STOVALL,
> KEVIN LAMONTT WHITFIELD,
> VALERIA DENISE WOODS,
> JAMES STOVALL,
> HERBERT MCPHERSON,
> JOHN BOYD,
> WILLIE HALL, AND
> EDDIE JOHNSON,

did knowingly and intentionally distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT III

On or about the 14th day of February, 1991, and the 15th day of February, 1991, at Montgomery, Alabama, in the Middle District of Alabama, the defendants,

> JACK RENARD WOODS,
> JIMMY LEE STOVALL,
> KEVIN LAMONTT WHITFIELD,
> VALERIA DENISE WOODS,
> JAMES STOVALL,
> HERBERT MCPHERSON,
> JOHN BOYD,
> WILLIE HALL, AND
> EDDIE JOHNSON,

did knowingly and intentionally distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), in or on or within 1,000 feet of the real property comprising Lanier High School and Fews Elementary School, which are respectively a public secondary

school and a public elementary school, in further violation of Title 21, United States Code, Section 860.

## COUNT IV

On or about the 1st day of February, 1990, the exact date being to the grand jury unknown, at Montgomery, Alabama, in the Middle District of Alabama, the defendants,

JACK RENARD WOODS AND
JIMMY LEE STOVALL,

did knowingly and intentionally employ, hire, use, persuade, induce, entice, or coerce Tony Perez Palmer to distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a), and at the time of the violation Tony Perez Palmer was under 14 years of age, in further violation of Title 21, United States Code, Section 861, all in violation of Title 21, United States Code, Section 861.

## COUNT V

On or about the 14th day of February, 1991, and the 15th day of February, 1991, at Montgomery, Alabama, in the Middle District of Alabama, the defendants,

JACK RENARD WOODS AND
JIMMY LEE STOVALL,

did knowingly and intentionally employ, hire, use, persuade, induce, entice, or coerce William White to distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a), and at the time of violation William White was under 18 years of age, in further

violation of Title 21, United States Code, Section 861, all in violation of Title 21, United States Code, Section 861.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
JAMES ELDON WILSON
United States Attorney

*[signature]*
D. BROWARD SEGREST
First Assistant U.S. Attorney