CRIMINAL DOCKET   U.S. District Court

NORTHERN DIVISION

| | | | | | | | | | Mo. | Day | Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO ☐ | 1127 | 2 | 2705 | ☐ WRIT | VS. | ● JOHNSON, EDDIE | | | 08 | 07 | 91 | 91-00195-09 | |
| Misd.¹ ☐ | | | Disp./Sentence 2705 | ☐ JUVENILE | | | | 9 | No. of Def's | U.S. MAG. CASE NO. | | | |
| Felony ☒ | District | Off | Judge/Magistr. | ☐ ALIAS OFFENSE ON INDEX CARD▶ | | | | | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21/846 | Conspiracy to possess with intent to distribute and to distribute a Schedule II controlled substance - Cocaine Base. (Ct. 1) | 1 | NG ☒ |
| 21/841(a)(1) | Distribution of a Schedule II controlled substance - Cocaine Base. (Ct. 2) | 1 | |
| 21/860 | Distributing Cocaine Base within 1000 feet of public secondary and elementary schools. (Ct. 3) | 1 | ☒ |

SUPERSEDING COUNTS ▶

## II. KEY DATE

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|
| KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears –on summons | ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver — KEY DATE 8-7-91 APPLICABLE — KEY DATE 8-22-91 — a) ☐ 1st appears on pending charge /R40 b) ☐ Receive file R20/21 c) ☐ Supsdg☐ Indt☐ Info d) ☐ Order New trial e) ☐ Remand ☐ IG/P Withdrawn | ☐ Dismissal ☐ Pled guilty ☐ After N.G. ☐ Nolo ☐ After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J. — KEY DATE 10-10-91 APPLICABLE |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | | FINAL CHARGES DISMISSED | on def't motion |
|---|---|---|---|---|---|---|---|---|
| 8-22-91 | 8-22-91 | RE-TRIAL | | 10-10-91 | 12-23-91 | ☐ PTD ☐ Nolle Pros. | ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Summons | Issued Served | | | PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ DISMISSED HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
1-Jack Woods; 2-Jimmy Stovall; 3-Whitfield; 4-Valeria Woods; 5-James Stovall; 6-McPherson; 7-Boyd; 8-Hall

| RULE | | | | ● | : | ● | |
|---|---|---|---|---|---|---|---|
| 20 | 21 | 40 | | In | | Out | |

BAIL ● RELEASE

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

U.S. Attorney or Asst.
JAMES ELDON WILSON, U.S. Attorney
D. Broward Segrest, Ass't U.S. Attorney

| Defense: 1 ☒ CJA. | 2 ☐ Ret. | 3 ☐ Waived. | 4 ☐ Self. | 5 ☐ Non / Other. | 6 ☐ PD. | 7 ☐ CD |
|---|---|---|---|---|---|---|

Richard K. Keith  (appt. 8-22-91)
~~25 Washington Av~~  448 So. Lawrence St.
Montgomery, AL  36104
~~205/834-1100~~
262-2254

Christine A. Freeman
Federal Defender
201 Monroe St.
Suite 1960
Montgomery, Alabama 36104
(334) 834-2099

Eddie Johnson
700 Clarke St.
Montgomery, AL  36108
(10/15/94)
[handwritten signature/notes]

### PRE–INDICTMENT

| Release Date | |
|---|---|
| Bail ☐ Denied | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $ | Conditions |
| Date Set | ☐ 10% Dep. ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

### POST–INDICTMENT

| Release Date | |
|---|---|
| Bail ☐ Denied | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $ | Conditions |
| Date Set | ☐ 10% Dep. ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

APPEALS FEE PAYMENTS

## FINE AND RESTITUTION PAYMENTS

☒ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE<br>DOCUMENT NO. | | MASTER DOCKET-MULTIPLE DEFENDANT CASE   PAGE □ OF □<br>☒ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | EXCLUDABLE DELAY |
|---|---|---|---|
| | 91  00195  09 | | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |
| | Eddie Johnson | | | | |

**V. PROCEEDINGS**

(OPTIONAL) Show last names of defendants

| 8-7-91 | 1 | INDICTMENT. (Case assigned to Judge Hobbs.) | | | |
|---|---|---|---|---|---|
| 8-8-91 | 10 | Warrant for arrest issued. | | | |
| 8-8-91 | 11 | AMENDED INDICTMENT. | | | |
| 8-9-91 | 20 | Government's motion for a detention hearing. Referred to Magistrate Judge Coody. DECLARED MOOT 8/27/91 | 'DU' 7 | | |
| 8-14-91 | 30 | Government's petition for WHCAP addressed to the Montgomery Co. Jail for defendant's appearance at arraignment on 8/22/91 at 10:00 A.M.; Referred to Judge Albritton; and ORDER granting same on 8/15/91. (Copies furnished to USA, PO, USM - with original & 3 copies of writ.) | | | |
| 8-15-91 | 31 | Writ of HCAP for defendant's appearance 8/22/91 issued. | | | |
| 8-16-91 | 64 | ARRAIGNMENT NOTICE LETTER (8-22-91, 10 a.m., FIRST floor). | | | |
| 8-22-91 | 72 | Defendant's financial affidavit. | | | |
| 8-22-91 | 73 | CJA 20 voucher/order appointing Hon. Richard K. Keith to represent defendant at all proceedings. | | | |
| 8-22-91 | | ARRAIGNMENT. Defendant appeared with counsel, Hon. Richard K. Keith, before Judge Albritton and entered a plea of not guilty; allowed 10 days to file any motions and case set for trial during term commencing 10/7/91. | | | |
| 8-27-91 | 74 | ORDER declaring moot the Government's 8/9/91 motions for detention hearings for defendants Valeria Denise Woods and Eddie Johnson as these defendants are in state custody; setting this case on the 10/7/91 trial term; that motions are due to be filed on or before 9/3/91; responses to motion(s) shall be filed within seven days after a party is served; any requested voir dire questions and any proposed jury instructions shall be filed no later than 9/30/91. (Copies furnished to USA, PO, USM; mailed to all counsel.) EOD 8/27/91 | | | |
| 9-3-91 | 143 | Marshal's return on 8/15/91 writ of habeas corpus ad prosequendum executed 8/22/91 by returning defendant to Montgomery county Jail. | | | |
| 9-3-91 | 144 | Defendant's motion for production and inspection. Referred to Judge Hobbs. | 9-3-91<br>9-26-91 | E | 24 |
| 9-9-91 | | Trial Notice. (10:00 a.m., 10-7-91, 1st Floor) RECEIVED 9/13/91 | | | |
| 9-10-91 | 161 | Defendant's motion for continuance of case. Referred to Judge Hobbs. DENIED 9-26-91. | | | |
| 9-10-91 | 162 | Defendant's motion to adopt co-defendant Valeria Denise Woods' motions. Referred to Judge Hobbs. GRANTED 9/13/91 | | | |
| 9-10-91 | 167 | Government's response to defendant's demand for production and discovery. Referred to Judge Hobbs. | | | |

CONTINUED TO PAGE □

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

JOHNSON, EDDIE

AO 256A ●

**Page 2**

| 91 | 00195 | 09 |
|----|-------|-----|
| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 9-12-91 | 173  Defendant's motion to adopt co-defendant Willie Hall's motions.  Referred to Judge Hobbs.  **GRANTED 9/13/91** | | | | |
| 9-13-91 | 178 **ORDER** that the motions of any defendant to adopt the motion(s) of a co-defendant are granted to the extent that if any defendant wishes to be excluded from any such motion filed, he must make a motion to that effect. (Copy mailed counsel; furn. USA, USPO,USM.) | | | | |
| 9-19-91 | 239  JOINT **MOTION** of all defendants (except Valeria Denise Woods) to continue the trial.  Referred to Judge Hobbs.  **DENIED 9-26-91.** | | | | |
| 9-20-91 | 244 **ORDER** setting a status conference in this case for Tuesday, September 24, 1991, 3:00 p.m., in chambers. (Copy mailed counsel; furn. USA,USPO,USM.) | | | | |
| 9-25-91 | 255  Defendant's requested jury **charges** 1 through 16. Referred to Judge Hobbs. * | | | | |
| 9-26-91 | 258  Defendant's questions on **voir dire** examination. Referred to Judge Hobbs. | | | | |
| 9-26-91 | *257  ORDER denying as moot Willie HALL's motion for pretrial conference.  ALL motions for continuance are denied. ALL motions to sever are denied.  Denying as moot Willie HALL's motion to take deposition of gov. expert witness.  Ruling reserved on motions for investigative expenses or court-appointed expert witnesses.  ALL outstanding motions for bill of particulars denied. ALL motions to permit defendants to view tapes are denied as moot.  Jimmy STOVALL's motion for specific disclosure of discovery is denied as moot.  Government directed to respond to Jack WOOD's motion to determine admissibility of evidence and ruling reserved on this motion and Jimmie STOVALL's motion to dismiss. Defendants concede that all other motions have been ruled on or are moot.  (Copies furnished USA, USM & PO; mailed to counsel.)  EOD 9-27-91. | | | | |
| 9-27-91 | 268  Government's **motion** for reciprocal discovery.  Referred to Judge Hobbs.  **GRANTED 10/2/91** | 2 | 9-27-91 10-2-91 | E | 6 |
| 10-1-91 | 281  Government's petition for whcap to the Montgomery County Jail for defendant's appearance on 10/15/91; Referred to Judge Hobbs; and ORDER (10/2/91) granting same.  (Copies furnished to USA, PO, USM.) | | | | |
| 10-2-91 | 285  Writ issued. | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                              JOHNSON, EDDIE                          91-00195-09

AO 2BA                                                                              Page 3

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 10-2-91 | 287 | **ORDER** granting Government's motion for reciprocal discovery. (Copies furnished to USA; mailed to counsel.) | | | | |
| 10-3-91 | 289 | Government's petition for whcap to Kilby Correctional Facility for defendant's appearance 10/8/91 at 8:00 a.m.; Referred to Judge Hobbs; **ORDER** of 10/4/91 granting same. (Copies furnished to USA, PO, USM) | | | | |
| 10-4-91 | 290 | Writ issued. | | | | |
| 10-4-91 | 298 | **NEW TRIAL NOTICE.** (10/15/91 at 10:00 a.m.) | | | | |
| 10-8-91 | 304 | Government's motion under Rule 17(c) for an order directing that the books, papers, documents described in the subpoena attached hereto be produced before the Court no later than Thursday, 10/10/91 at 10:00 a.m.. Referred to Judge Hobbs. | 2 | 10-8-91 10-8-91 | E | 1 |
| 10-8-91 | 305 | **ORDER** directing John Finney to produce before the Court the books, papers, documents or objects designated in the subpoena by delivering the same to Curtis Caver, Clerk of the Court; ORDERING the clerk to notify D. Broward Segrest, when the books, papers, documents or objects have been produced and to permit the United States and the attorneys for the defendants to inspect said records, make copies of the same, and mark said books, papers, and documents as appropriate as exhibits for use in the trial of this case. (Copies furnished to USA, Curtis Caver, Chief Deputy Clerk; mailed to remaining counsel.) | | | | |
| 10-10-91 | 309 | **PLEA AGREEMENT.** Copies furnished to USA & PO. | | | | |
| 10-10-91 | | **CHANGE OF PLEA.** Defendant appeared with appointed counsel, Hon. Richard K. Keith, before Judge Albritton, and changed his plea to GUILTY to Count 2 of the indictment; the Court **reserved ruling** on Government's oral motion to dismiss Counts 1 and 3 until the time of sentencing; defendant remanded to the custody of the U.S. Marshal pending sentencing upon completion of the presentence report. | | | | |
| 10-10-91 | 310 | **ORDER** (Judge Albritton) setting **sentencing** in this case for **12/23/91 at 10:00 a.m.**, Montgomery, AL; that the defendant and the government shall communicate in writing to the probation officer any objections they have as to any material information, as further set out, on or before 12/2/91; setting a meeting the the probation officer at 9:00 a.m. on 12/4/91 unless excused in writing by the Chief Probation Officer of this district. (Copies furnished to USA, PO, USM, defendant; mailed to counsel.) | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|------|------|------|------|------|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    JOHNSON, EDDIE

91-00195-09

AO 256A ●

Page 4

| | | | Yr. | Docket No. | Def. |
|---|---|---|---|---|---|

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 11-6-91 | 336 | **SENTENCING NOTICE.** (12/23/91 at 10:00 a.m., first floor courtroom, Montgomery, Alabama.) | | | | |
| 12-4-91 | 351 | Marshal's return on 10-4-91 whcap executed 10/8/91 and 10/18/91. | | | | |
| 12-18-91 | 355 | Government's petition for writ of hcap to the Kilby Correctional Facility for defendant's appearance at sentencing on 12/23/91 at 10:00 a.m.  (Referred) and ORDER granting same. | | | | |
| 12-19-91 | 357 | Writ issued. | | | | |
| 12-23-91 | 370 | **SENTENCE.** **JUDGMENT** committing defendant to the custody of the BOP for 72 months, to stand committed upon rel. to Fed. custody; placing defendant on supervised release for 5 years upon his release from confinement; that defendant is to pay a $50 assessment fee through the Clerk's Office this date; that while on supervised release the defendant shall comply with the standard conditions of supervised release that have been adopted by this court and shall comply with the following additional conditions: that the defendant shall not possess a firearm or destructive device; that the defendant shall report in person to the U.S. Probation Office in the district to which he is released within 72 hours of his release from the custody of the BOP; that defendant is to participate in a substance abuse treatment program as directed by his probation officer; the Court declined to enter an order of restitution.  Counts 1 and 3 dismissed on the oral motion of the U.S. Attorney.  (Copies furnished to USA, PO, USM, defendant; mailed to counsel.) EOD 12-23-91 | | | | |
| 12-23-91 | 371 | **ORDER** that the presentence report in this cause be filed with the Clerk of this Court wherein it shall be placed under **seal;** that if an appeal is taken, the presentence report shall be transmitted under seal to the appellate court; that upon written application to the Clerk of this Court, counsel for the defendant and for the government may examine the report or obtain a copy thereof as further set out in order. (Copies furnished to USA, PO; mailed to counsel.) EOD 12-23-91 | | | | |
| 12-23-91 | 372 | Presentence report.  (**SEALED** and placed in vault.) | | | | |
| 1-7-92 | 379 | Marshal's return on 12/19/91 WHCAP executed 1/4/92 by returning defendant ot the Limestone Correctional Facility, Athens, AL. | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

JOHNSON, EDDIE

Page 5

91-00195-09

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 2-24-92 | | CJA 20 voucher for Hon. Richard K. Keith approved by Judge Hobbs in the amount of $2,810.84 and processed for payment. | | | | |
| 1/21/94 | | Received $25.00 partial assessment fee through BOP. | | | | |
| 4-19-94 | | Received $25.00 final payment on assessment fee BOP. | | | | |
| 4-29-94 | 455 | Government's SATISFACTION OF JUDGMENT. | | | | |
| 10-14-99 | 507 | Government's Petition for Warrant or Summons for Offender under Supervision (summons attached); referred to Judge Hobbs | | | | |
| 10-15-99 | | Stamped **ORDER** granting issuance of summons on Eddie Johnson. (Copies furnished to USA, USM, USPO, FD) | | | | |
| 10-15-99 | 508 | **ORDER** setting revocation hearing for **10/26/99 at 10:00 A.M., 5th floor courtroom** (Copies furnished to USA, USM, YG, HC, USPO, FD; mailed to defendant) | | | | |
| 10-15-99 | 509 | Summons issued to Eddie Johnson for revocation hearing 10/26/99 | | | | |
| 10-19-99 | 510 | Summons returned executed as to Eddie Johnson by USM | | | | |
| 10-27-99 | | **REVOCATION HEARING** held before Judge Truman Hobbs | | | | |
| 10-27-99 | 511 | Courtroom Deputy Minutes of Probation Revocation hearing held before Judge Hobbs (Court Reporter - Jimmy Dickens) | | | | |
| 11-2-99 | 512 | **JUDGMENT** modifying supervised release imposed 12/23/91 as to defendant Eddie Johnson; defendant admitted guilt to violation of condition 1 of term of supervision; deft. committed to participate in the Home Confinement Program for six (6) months to begin at time designated by USPO; that defendant wear electronic monitoring device and pay costs for electronic monitoring as directed by USPO; that defendant be tested randomly for drug use during period of house arrest. (Copies mailed to Deft.; furnished to USA, USM, USPO, FD, NL vault)   **VACATED PER ORDER ENTERED 11/4/99** | | | | |
| 11-4-99 | 513 | **ORDER** vacating judgment entered 11/2/99; modifying terms of supervised release imposed on 12/23/91 as follows: deft. shall participate in Home Confinement Program for period of six (6) months to begin at time designated by USPO; that during this time, deft. will remain in his place of residence except for employment and other activities approved in advance by probation officer; at the direction of the probation officer, deft. shall wear electronic monitoring device and follow procedures specified by probation officer; that deft. pay cost of electronic monitoring as directed by probation officer; that deft. be tested randomly for drug use during period of house arrest, as further set out. (Copies mailed to deft.; furnished to USA, USM, USPO, FD, NL, vault | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

JOHNSON, EDDIE

AO 256A ⊛

| 91 | 00195 | 09 |
|----|--------|-----|
| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| **2000** | | | | | | |
| 9-20-00 | 510 | USPO Petition for Warrant or Summons for Offender Under Supervision (Summons attached); referred to Judge Hobbs | | | | |
| 9-22-00 | | Stamped **ORDER** granting issuance of summons on Eddie Johnson (Copies furnished to USA, USM, USPO, FD) | | | | |
| 9-25-00 | 511 | Summons issued for Eddie Johnson (Delivered to USM for service) | | | | |
| 9-29-00 | 512 | Summons returned executed on 9-29-00 personally on defendant. | | | | |
| 10-3-00 | 513 | Notice of attorney appearance by Christine Freeman as counsel for defendant. | | | | |
| 10-3-00 | 514 | Defendant's unopposed motion to continue revocation hearing. Referred to Judge Hobbs. | | | | |
| 10-16-00 | 515 | **ORDER** resetting revocation hearing for 10-17-00 at 9:30 a.m. (Copies furn to usa, cdo.) | | | | |
| 10-17-00 | | **SUPERVISED RELEASE REVOCATION HEARING.** Defendant appeared with counsel. Continued for 2nd revocation hearing. | | | | |
| 10-17-00 | 516 | Courtroom Deputy's minutes and witness list of revocation hearing. | | | | |
| 10-18-00 | | Transcript of revocation hearing held on 10-17-00 before Hon. Truman Hobbs. [Wimberley] | | | | |
| 12-19-00 | 517 | Amended petition for offender under supervision. Referred to Judge Hobbs. | | | | |
| 1-8-01 | 518 | Amended petition for offender under supervision. Referred to Judge Hobbs. | | | | |
| 1-22-01 | 519 | **ORDER** setting this cause for revocation hearing on 1-26-01 at 9:30 am Montgomery, AL. (Copies furn to usa, ptso, uspo, cdo, usm & by fax.) | | | | |
| 1-26-01 | 520 | Amended petition for warrant for offender under supervision. Referred to Judge Hobbs. | | | | |
| 1-29-01 | 521 | Judge Hobbs granting amended petition for warrant to be issued. | | | | |
| 1-29-01 | 522 | Arrest warrant issued. | | | | |
| 2-1-01 | 523 | Judge Hobbs ORDER granting petition for offender under supervision. Copies furn to usa, uspo, cdo. | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|
|      | (Document No.) | (a) | (b) | (c) | (d) |
| 8/26/03 | ARREST of Eddie Johnson . | | | | |
| 8/26/03 | Inital Appearance held on Amended Petition for Probation Violation before Mag. Judge Coody. | | | | |
| 8/26/03 | 543  Courtroom Deputy's Minutes.  Initial Appearance On probation violation petition. | | | | |
| 8/26/03 | 544  Financial Affidavit. | | | | |
| 8/27/03 | ORDER setting a preliminary hearing on the Petition to revoke the deft'S supervised release for 9/2/03 @ 10:00 a.m.; appointing the Federal Defender to reprsent the defendant for all further proceedings  Copies to Deft, FD  USA  USM, USPO, SL, WS, VG, HC. | | | | |
| 9/2/03 | PRELIMINARY REVOCATION HRG.  NOT HELD.  Parties entered joint agreement that the deft acknowledges his guilt to violating his supervised release and agrees to have his supervised release REVOKED and to reseive a sentence of 18 mos with no supervision imposed thereafter. | | | | |
|  | 546 Courtrrom Deputy's Minutes. Deft waives prelim. Hrg. and withdraw his req.for release from detention. | | | | |
| 9/2/03 | 547 ORDER that the defendant be held for a final super-vised release revocation hearing.(Copies to: USA, USM, USPO, SL, WS, FD) | | | | |
| 9-9-03 | 548  ORDER setting this cause for final revocation hearing on 9/19/03 at 10 a.m. before Judge Hobbs as further set out. (Copies furn to usa, ptso, uspo, cdo, usm.) | | | | |
| 9-19-03 |  SUPERVISED RELEASE REVOCATION HEARING before Judge Hobbs. | | | | |
| 9-23-03 | 549  REVOCATION JUDGMENT. It is ORDERED that the term of supervised release imposed on 12-23-91, is REVOKED. CBOP for 18 months. (Copies mailed to deft; furn to usa, uspo, ptso, cdo, usm.) [EOD: 12-23-03] | | | | |